UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| STANLEY C. MAJEWSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 2:13 CV 7 RWS |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on Stanley C. Majewski's appeal from an adverse ruling of the Social Security Administration. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Terry I. Adleman. On September 4, 2013, Petitioner filed a motion to dismiss this matter without prejudice. On September 18, 2013, Judge Adleman filed his Report and Recommendation that I grant Petitioner's motion.

Any objections to Judge Adleman's Report and Recommendation had to be filed by October 2, 2013. Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Adleman [#20] is **SUSTAINED, ADOPTED AND INCORPORATED** herein. Petitioner Stanley C. Majewski's motion [#19] is **GRANTED,** and this case is **DISMISSED** without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of October, 2013.